**2006–1388.   Mack Trucks, Inc. v. Motor Vehicle Dealers Bd.**
Franklin App. No. 05AP–768, 2006-Ohio-2748. Reported at 111 Ohio St.3d 1433, 2006-Ohio-5351, 855 N.E.2d 497. On motions for reconsideration of Toledo Mack Sales & Service, Inc. and Ohio Motor Vehicle Dealers Board. Motions denied.
   MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006–1458.   Hardy v. Belmont Correctional Inst.**
Franklin App. No. 06AP–116, 2006-Ohio-3316. Reported at 111 Ohio St.3d 1434, 2006-Ohio-5351, 855 N.E.2d 497. On motion for reconsideration. Motion denied.

**2006–1654.   State v. Wilson.**
Montgomery App. No. 20910, 2005-Ohio-6666. Reported at 111 Ohio St.3d 1430, 2006-Ohio-5351, 855 N.E.2d 495. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 15, 2006*

[Cite as *12/15/2006 Case Announcements*, 2006-Ohio-6602.]

## MOTION AND PROCEDURAL RULINGS

**2006–1000.   Colonial Village Ltd. v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–A–574. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellees' motion to dismiss appeal,
   It is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

**2006–1766.   Parker v. Protective Life Ins. Co. of Ohio.**
Trumbull App. Nos. 2004–T–0127 and 2004–T–0128, 2006-Ohio-4041. This cause is pending before the court as a discretionary appeal. Upon consideration of the joint application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006–1866.   S. Cent. Power Co. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 05–1057–EL–CSS, 96–999–EL–AEC, and 96–1000–EL–PEB. This cause is pending before the court as an appeal from The Public Utilities Commission of Ohio. Upon consideration of the joint application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 18, 2006*

[Cite as *12/18/2006 Case Announcements*, 2006-Ohio-6668.]

## MEDIATION REFERRALS

   The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2006–1836.   State ex rel. Light v. Clermont Cty. Transit Bd.**
Franklin App. No. 05AP–771, 2006-Ohio-5779.